UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORI B. CLOAR, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV890 JCH/MLM |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Reverse and Remand, filed August 2, 2011. Pursuant to 28 U.S.C. § 636, the Court referred this matter to United States Magistrate Judge Mary Ann L. Medler, who issued a Report and Recommendation on August 3, 2011. Magistrate Judge Medler recommends that the Court grant Defendant's Motion to Reverse and Remand. Magistrate Judge Medler further recommends that the Court reverse and remand this matter to the Commissioner for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g). Neither party has filed objections to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will grant Defendant's Motion to Reverse and Remand, and reverse and remand this matter to the Commissioner for further administrative proceedings. The Administrative Law Judge will be directed to further consider Plaintiff's ability to perform other work in the economy at step 5 of the sequential evaluation process. Specifically, the ALJ will be directed to obtain vocational expert testimony to determine the effect of Plaintiff's mental limitations on the occupational base of sedentary work.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 14) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Reverse and Remand (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this   25th   day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE