UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORI B. CLOAR, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:11CV890 JCH |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant(s). | ) |

**ORDER**

This matter is before the Court on Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d) ("EAJA"), filed September 2, 2011. (ECF No. 20). In her motion, Plaintiff requests an award of attorney fees in the amount of $906.25. Defendant does not object to Plaintiff's request. (ECF No. 21).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Attorney Fees under the EAJA (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay EAJA attorney fees in the amount of $906.25.[1]

Dated this   22nd   day of September, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has indicated that after verifying Plaintiff owes no debt to the United States that is subject to offset, he will pay the EAJA fees directly to Plaintiff's attorney. (ECF No. 21).